**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLARENCE MATHEWS,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No.  8:05-cv-1885-T-30TBM**

**CITY OF LARGO POLICE**
**DEPARTMENT,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Reconsideration of Decision and to Reopen Case (Dkt. 11) and Defendant's Response to the same (Dkt. 12). In his Motion, Plaintiff requests this Court to reconsider its Order granting Defendant's Motion to Dismiss (Dkt. 4) and permit Plaintiff the opportunity to add the proper defendants. However, adding the proper defendant would do nothing to cure the deficiencies contained in the Complaint. As specifically stated in the Order, the substance of Plaintiff's Complaint, i.e., seeking legal redress for an unrecognizable tort and the deprivation of a right not protected by the Constitution, is deficient.  Permitting Plaintiff to add the proper party defendant in light of the Complaint's substantive deficiencies would be futile.

It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion (Dkt. 11) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on January 3, 2006.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1885 - Denial of Motion for Reconsideration - Prisoner CR case.frm